UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:11-cv-2232 |
| DOES 1-52 Defendant(s). | § § § | |

ORDER ON DEFENDANT'S MOTION TO QUASH SUBPOENA DUCES TECUM

After considering Defendant, Doe No. 41's motion to quash the subpoena duces tecum and the response, the court HEREBY:

GRANTS the motion and ORDERS the subpoenas served on the ISPs listed in Plaintiff's Complaint are hereby QUASHED as to all defendants

SIGNED on Sept. 20, 2011.

_____
U.S. DISTRICT JUDGE