IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 – 52, <br><br> Defendants. | CIVIL ACTION NO. H-11-2232 <br><br> Judge: Hon. Kenneth M. Hoyt <br><br> Magistrate Judge: <br><br> **ORDER** |

## ORDER SETTING ASIDE ORDER GRANTING DEFENDANT #41's MOTION TO QUASH SUBPOENA (ECF No. 13) AND DENYING MOTION TO QUASH

The Court has reviewed Defendant #41's Motion to Quash Subpoena (ECF No. 7), the Plaintiff's response ECF No. 11), the Plaintiff's Motion to Reconsider, and Defendant #41's response, all attached Exhibits, Plaintiff's *Ex Parte* Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference (ECF No. 5), and relevant case law. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration is GRANTED.

Plaintiff is hereby allowed to proceed with subpoenas (for all Defendants/ for all Defendants except Defendant #41) issued previously in this case.

DATED: Oct. 3, 2011

United States District Judge
Kenneth M. Hoyt

1