IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., | CASE NO. 4:11-CV-02232 |
| Plaintiff, | Judge: Hon. Kenneth M. Hoyt |
| v. | |
| DOES 1 – 52, | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

Plaintiff hereby dismisses, without prejudice, all of its claims brought in this action against the remaining Doe Defendants. The Doe Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Fed. R. Civ. P. 41(a)(1) is therefore appropriate.

Respectfully Submitted,

PACIFIC CENTURY INTERNATIONAL, LTD

DATED: November 9, 2011

By: **DOUGLAS M. MCINTYRE & ASSOCIATES**

/s/ Douglas M. McIntyre
DOUGLAS M. MCINTYRE (TX# 13681800)
720 North Post Oak Road, Suite 610
Houston, Texas 77024
Telephone: (713) 681 – 2611
Facsimile: (713) 461 – 3697

*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 9, 2011, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5.1.

/s/ Douglas M. McIntyre
DOUGLAS M. MCINTYRE