UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PACIFIC CENTURY INTERNATIONAL LTD, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. H-11-2232 |
| DOE 1-30, *et al*, | § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that this case is dismissed without prejudice.

SIGNED at Houston, Texas this 10th day of November, 2011.

_____
Kenneth M. Hoyt
United States District Judge